Michael Carroll #181688                              5/17/22
Kettle Moraine Corr. Inst.
P.O. Box 282
Plymouth, WI 53073

FILED/REC'D
2022 MAY 23 A 11:43
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Honorable Judge: William M. Conley,

I'm writing you in the concern of my transfer to the federal prison which will be 8/9/22. I will be done with my state revocation. You told me when I had a couple months left to write you in the concern of my transfer. Because of the problems I had getting my infusions in Dane County for my Ulcerative Colitis! You stated that you wanted me transferred straight to the Medical Prison in Rochester Minnesota. I get my infusions every four weeks, the county jails don't cover the cost! Nor take me, as I only went once from Dane County because of your order, let me see Judge the next day. I also have sleep apnea which I sleep with a machine? — Thank you

#181688  Michael Carroll